219 So.2d 176

## VALVOLINE OIL COMPANY

v.

## CONCORDIA PARISH SCHOOL BOARD et al.

No. 49674.

Feb. 28, 1969.

In re: Concordia Parish School Board et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Concordia. 216 So.2d 702.

The application is denied. There appears no error of law in the judgment complained of.

219 So.2d 177

## Claude Daniel McCULLIN

v.

## STATE of Louisiana, DEPARTMENT OF HIGHWAYS.

No. 49675.

Feb. 28, 1969.

In re: Claude D. McCullin applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Caddo. 216 So.2d 832.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.